# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT M. FORSTER,  | CASE NO. 3:13-cv-02699-GBC |
| Plaintiff, | (MAGISTRATE JUDGE COHN) |
| v. | ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | DECISION OF THE COMMISSIONER, AND CLOSING THE CASE |
| Defendant. | Docs. 1, 11, 12, 17, 18, 20, 22 |

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Scott M. Forster disability insurance benefits is affirmed; and

///

///

4.	The Clerk of Court shall close this case.


Dated: April 10, 2015	             s/Gerald B. Cohn             
	GERALD B. COHN
	UNITED STATES MAGISTRATE JUDGE